# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 12-4010-01-CR-C-FJG |
| ) | |
| VICTOR LEE McNEARY, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is defendant's Motion to Suppress Statements and For Hearing (Doc. No. 56).

On June 10, 2013, United States Magistrate Judge Matt J. Whitworth held a hearing on the present matter. On June 19, 2013, Magistrate Judge Whitworth entered a Report and Recommendation (Doc. No. 64) which recommended denying defendant's Motion to Suppress Statements. On July 8, 2013, defendant filed objections to the Report and Recommendation (Doc. No. 76).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, defendant's Motion to Suppress Statements (Doc. No. 56) will be **DENIED.**

**IT IS SO ORDERED.**

Date: August 13, 2013  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
Chief United States District Judge