# MISSOURI WESTERN DISTRICT – **JEFFERSON CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| Case Caption: USA v. Victor McNeary | Case No. **12-4010-CR-C-GAF** |

| | |
|---|---|
| Appellant: Victor McNeary | Appellee: USA |

| Appellant's Attorney(s): | Appellee's Attorney(s): |
|---|---|
| **Daniel E. Hunt**<br>Bandre' Hunt & Snider LLC<br>227 Madison<br>Jefferson City, MO 65101<br>(573) 635-2424<br>Fax: (573) 635-2010<br>Email: dan@bhslawmo.com<br>*Designation: CJA Appointment* | **Lawrence Miller**<br>United States Attorney's Office-JCMO<br>80 Lafayette Street<br>Suite 2100<br>Jefferson City, MO 65101<br>(573) 634-5640<br>Fax: (573) 634-8723<br>Email: larry.miller@usdoj.gov |

| Court Reporter(s): | Please return files and documents to: |
|---|---|
| Trial: Kathy Calvert<br>Sentencing: Denna Lamken | **United States District Court**<br>**Clerk's Office**<br>**80 Lafayette Street**<br>**Jefferson City, MO  65101**<br><br>Contact Person for Appeal: Laura Bax |

| Length of Trial: 2 days | Fee: | IFP: yes | Pending IFP Motion?  No |
|---|---|---|---|
| | Pending Motions?  Yes – Mt for counsel and Mt to file appeal out of time | Local Interest? No | Simultaneous Release? No |

**Criminal Cases / Prisoner Pro Se Cases Only:**

| **Defendant Incarcerated?**<br>Yes | **Where?**<br>Inmate No. 23765-045<br>Forrest City Corr. Center<br>PO BOX 3000<br>Forrest City, AR 72336 | **Multiple Defendants? If so, please list**<br>No |
|---|---|---|

**Special Comments:**