# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-04010-01-CR-C-GAF |
| ) | |
| VICTOR LEE McNEARY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is Defendant's *pro se* Motion for Permission to File Out of Time (doc. 128) and Defendant's *pro se* Motion for Appointment of Counsel (doc. 129). The Court having considered these motions, it is found that Defendant has no pending matters before this Court. Defendant's motions appear to be directed to the United States Court of Appeals for the Eighth Circuit. Accordingly, it is

ORDERED that Defendant's *pro se* Motion for Permission to File Out of Time (doc. 128) and Defendant's *pro se* Motion for Appointment of Counsel (doc. 129) are DENIED.

                                                      s/ Gary A. Fenner
                                                      GARY A. FENNER, JUDGE
                                                      UNITED STATES DISTRICT COURT

DATED: April 4, 2016