# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

No: 16-1695

United States of America

Appellee

v.

Victor Lee McNeary, Jr.

Appellant

___

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:12-cr-04010-GAF-1)

___

**MANDATE**

In accordance with the judgment of 04/20/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 11, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit